**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

November 15, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-317
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Andrea Walker, Deputy in Charge & Judge Designate
U.S. Clerk's Office
Martin Luther King, Jr. Courthouse
50 Walnut Street, Room 4015
Newark, N.J. 07102

RE:   PRADOS, JOHN
      DKT# 07-00157-001
**Request for Judge Reassignment & Permission to Release Information**

Dear Ms. Walker,

The above-captioned individual was sentenced by the Honorable Joseph A. Greenaway on December 15, 2008 to three years probation for Conspiracy to Defraud the Department of Housing and Urban Development. Prados was ordered to pay restitution in the amount of $80,232, at a rate of not less than $200 per month. The following special conditions were ordered: 1) 6 months Home Confinement, 2) Financial Disclosure, 3) No New Credit Charges, and 4) DNA. Due to Prados' residence being in New York, his case was transferred to the Southern District of New York.

Prados' adjustment to supervision has been described as marginal and due to financial hardship, he has not made any payments toward his restitution obligation. He works for Tri-State Collision in Elizabeth, N.J., which is owned by his mother, Maria Mancini.

On October 27, 2010, Detective John Nechamkin of the Union County Insurance Fraud Unit, contacted the probation office and advised that they are investigating Prados for Insurance Fraud and Theft by Deception. Prados allegedly cashed a check from Allstate Insurance Company for repairs on an automobile that he never repaired. Detective Nechamkin provided a copy of the subpoena he received to appear in court on this matter, and requested a copy of Prados's picture and copies of documents which bear his signature. We are requesting the Court's permission to disclose this information, and we are enclosing the subpoena for Your Honor's review. Should you have any questions or need additional information, please feel free to contact the undersigned at 973-223-0768.

Respectfully Submitted,

Christopher Maloney, Chief
U.S. Probation Officer
By: Nancy Hildner
Senior U.S. Probation Officer

nh/
Enclosure

___✓___ Disclose Requested Information

_____ Do not Disclose Requested Information

_____
Signature of Judicial Officer

11/19/10
Date

U.C.P.O. 3RD FLOOR    Fax:908-527-4614    Oct 28 2010 01:51pm P002/002

PROSECUTOR'S CASE NO. 100001

SUPERIOR COURT OF NEW JERSEY
UNION COUNTY LAW DIVISION
Union County Courthouse
Grand Jury Room, 6th Floor, Old Annex
2 Broad Street
Elizabeth, New Jersey 07207

THE STATE OF NEW JERSEY

COUNTY OF UNION

TO: Scott M. Long, Supervisory US Probation Officer
US District Court, SDNY
25 South Street
Middletown, NY 10940
VIA FAX (845) 344-2722

Approved by A/P James O. Tansey

RE: UCPO INSURANCE FRAUD INVESTIGATION



You are hereby commanded to appear in person before the Grand Jury of Union County at the Union County Courthouse, Grand Jury Room, 6th Floor, Old Annex, 2 Broad Street, Elizabeth, N.J. on the 12th day of November 2010 at 9:00am to testify concerning matters as shall then and there be inquired of you.

*DUCES TECUM*: Please provide copies of a photograph of John Prados (SSN 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) as well as copies of documents bearing his handwritten signature.

Your failure to appear will subject you to the penalty as prescribed by law.

Witness: HONORABLE KAREN M. CASSIDY
*Assignment Judge of the Superior Court*

This 28th day of October 2010.

ELIZABETH DOMINGO
*Court Administrator*

THEODORE J. ROMANKOW
*Prosecutor*
*Attorney for the State*

For Information Call
Union County Prosecutor's Office, Detective David S. Nechamkin (908) 527-4723

BRING THIS SUBPOENA WITH YOU

SHERIFF'S RETURN

OFFICER:
PLACE OF SERVICE:
COMMENTS:

DATE & TIME:

MANNER SERVED: